UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

-vs-                                              Case No. 6:08-cv-680-Orl-18KRS

INGRID COOK,
          Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Entry of Default Judgment (Doc. No. 11). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The Motion for Entry of Default Judgment GRANTED in part. The Court directs the United States to submit a proposed judgment in the amount of $32,554.69 plus accrued pre-judgment interest calculated as of October 10, 2008. The motion is DENIED in part with respect to the request for an award of costs. The Court will grant the United States leave to file a separate Bill of Costs, supported by evidence of the costs actually incurred, within the time permitted by the rules of the Court. The Clerk of the Court is directed to CLOSE the case after judgment is entered.

It is SO ORDERED in Orlando, Florida, this _17_ day of November, 2008.

                                              G. KENDALL SHARP
                                              Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge